## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 5232 | **DATE** | 11/29/2004 |
| **CASE TITLE** | RAY HANANIA and ALISON RESNICK vs. BETTY LOREN-MALTESE, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Defendants' motion to sever is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | **NOV 29 2004** | |
| | Notified counsel by telephone. | | date docketed | 252 |
| ✓ | Docketing to mail notices. | | GMA | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| LG | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RAY HANANIA and ALISON RESNICK, )
)
        Plaintiffs, )
)
vs. ) No. 98 C 5232
)
BETTY LOREN-MALTESE, et al., )
)
        Defendants. )

DOCKETED
NOV 2 9 2004

## MEMORANDUM OPINION AND ORDER

This case is less than it once was, and we see no reason to now expand it into two trials. Its genesis was a bitter political dispute between plaintiffs, husband and wife, and, primarily, Betty Loren-Maltese, although it eventually involved other people as well. Where that led, or did not lead, should all be aired at the same time. Defendants' motion to sever is denied.

                                                  JAMES B. MORAN
                                  Senior Judge, U. S. District Court

Nov. 29, 2004.